UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE STEVEN MONTGOMERY, | No. 2:22-cv-0127-EFB P |
| Plaintiff, | |
| v. | ORDER |
| J. MORENO, et al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests a 45-day extension of time to file an amended complaint in accordance with the court's March 24, 2022 screening order.  ECF Nos. 9, 12.

Plaintiff's request (ECF No. 12) is granted and plaintiff has 45 days from the date this order is served to file an amended complaint.[1]

So ordered.

Dated: April 27, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff shall keep in mind that filing an amended complaint should not require extensive resources or research because an amended complaint should not include legal citations, unnecessarily detailed factual allegations, or unnecessary exhibits.  Plaintiff should not file documentary evidence in support of his claims unless it is necessary for the resolution of a motion.