

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEP 16 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

DWAYNE S. MONTGOMERY,
      Plaintiff,

v.

J. MORENO, et al.,
      Defendants.

No. 2:22-cv-0127-EFB (PC)

PLAINTIFF REQUEST FOR EXTENSION OF TIME

    Plaintiff in the above entitled action move this court to request for an extension of time. Plaintiff request for a 30 day extension of time in order to file a second amended complaint. Plaintiff request that the court extend the time from September 19, 2022 to October 24, 2022.

    Good cause exist for this request. The court has returned this complaint to the Plaintiff for a second time, with specific instruction of the court's expectation as to what the second amended complaint shall entail. Plaintiff is a layman of law, and needs additional time to read, comprehend and effectively research the case citations the court used in it's admonishment to the Plaintiff.

    There has also been a major staff shortage at this prison due to the ongoing COVID 19 pandemic which has greatly affected how the program operates from day to day. This includes the daily functions of the law library. The librarian that operates on my yard usually is sent to other facilities to operate those libraries due to the shortage of staff. Therefore, I may get to use the library on facility-C once a week, if that. It is very unpredictable.

    For the reasons stated herein, Plaintiff believes there is good cause for a 30 day extension of time in this matter. I respectfully submit.

Dated: September 8, 2022

Dwayne S. Montgomery
Plaintiff In Pro Se

## DECLARATION OF DWAYNE S. MONTGOMERY

I, Dwayne S. Montgomery, declare as follows:

I am the Plaintiff in the above entitled action. I am currently ioncarcerated in the California Department of Corrections and Rehabilitation.

I am confined at Kern Valley State Prison, in Delano, CA.

There has been a major shortage of staff here at Kern Valley State Prison. Due to this shortage, the inmate general population has been greatly affected by the shortage, which has created very limited movement and programing at the prison. This includes the outside recreation, education, vocational and library access. Even the inmates that has "Priority Legal Users" status has only been able to access the law library once a week if that.

The Librarian has been forced to cover other facilities here at the prison in order to give everyone who has PLU status access to the library computers and other necessary materials needed to effectively litigate.

I declare under penalty of purjury that the foregoing statement is true and correct. Executed this 8th day of September 2022, at Delano, CA.

Dwayne S. Montgomery
Plaintiff In Pro Se