UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE STEVEN MONTGOMERY, | No. 2:22-cv-00127-EFB (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| J. MORENO, et al., | |
| Defendants. | |

   Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has filed a request for an extension of time to file a second amended complaint in accordance with the court's August 19, 2022 screening order.  ECF Nos. 15, 17. The court notes that filing an amended complaint should not require extensive materials or research.  Nor should it include legal citations or unnecessarily detailed factual allegations.  The court notes further that it is not a repository for plaintiff's evidence and he need not file documentary evidence in support of his claims unless it is necessary for the resolution of a motion.  The court will grant plaintiff a 30-day extension of time, which should afford plaintiff ample time to prepare and file an amended complaint.

   Accordingly, IT IS HEREBY ORDERED that:

   1.  Plaintiff's motion for an extension of time (ECF No. 17) is granted.

/////

1

2. Plaintiff is granted thirty days from the service of this order in which to file a second amended complaint in accordance with the court's August 19, 2022 screening order. Failure to comply with this order may result in a recommendation that this action be dismissed.

Dated: September 21, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE