UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE STEVEN MONTGOMERY,<br><br>    Plaintiff,<br><br>    v.<br><br>MORENO, et al.,<br><br>    Defendants. | No. 2:22-cv-00127-DAD-EFB (PC)<br><br>ORDER |

   Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983. Defendants seek an extension of time to file a responsive pleading. ECF No. 31. The motion is GRANTED, and defendants shall file their answer or responsive motion on or before October 18, 2023.

   So ordered.

Dated: September 13, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1