UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE STEVEN MONTGOMERY,<br><br>Plaintiff,<br><br>v.<br><br>J. MORENO, et al.,<br><br>Defendants. | No. 2:22-cv-00127-DAD-EFB (PC)<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought pursuant to 42 U.S.C. § 1983. Currently before the court are motions by plaintiff and defendants for extensions of time to serve discovery responses upon one another. ECF Nos. 37, 38.

It is hereby ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 37) is GRANTED;

2. Plaintiff's motion for an extension of time (ECF No. 38) is GRANTED;

3. All parties shall have until April 5, 2024 to respond to pending discovery requests.

4. Motions to compel discovery shall be filed on or before April 26, 2024.

5. All other provisions of the existing discovery schedule (ECF No. 36) remain in force.

Dated: February 29, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1