ROB BONTA, State Bar No. 202668
Attorney General of California
TYLER V. HEATH, State Bar No. 271478
Supervising Deputy Attorney General
GARRETT L. SEUELL, State Bar No. 323175
Deputy Attorney General
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 210-6144
   Fax: (916) 324-5205
   E-mail:  Garrett.Seuell@doj.ca.gov
*Attorneys for Defendants
Kirkendall-Cooper and Wong*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DWAYNE STEVEN MONTGOMERY,**<br><br>Plaintiff,<br><br>v.<br><br>**MORENO, et al.,**<br><br>Defendants. | 2:22-cv-00127 DAD EFB<br><br>[~~PROPOSED~~] ORDER |

Good cause appearing, Defendants' motion to modify the discovery and dispositive motion deadlines (ECF Nos. 36, 40) is GRANTED. The deadline for Defendants to complete discovery is extended to June 10, 2024, and the deadline to file a dispositive motion is extended to July 22, 2024.  All other deadlines and requirements of the Court's discovery and scheduling order remain in place unless otherwise modified.

Dated:  May 15, 2024

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2023303926  /  38020227.docx