Rob Bonta, State Bar No. 202668
Attorney General of California
Tyler V. Heath, State Bar No. 271478
Supervising Deputy Attorney General
Garrett L. Seuell, State Bar No. 323175
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6144
  Fax: (916) 324-5205
  E-mail: Garrett.Seuell@doj.ca.gov
*Attorneys for Defendants
Kirkendall-Cooper and Wong*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DWAYNE STEVEN MONTGOMERY,** <br><br> Plaintiff, <br><br> v. <br><br> **MORENO, et al.,** <br><br> Defendants. | 2:22-cv-00127 DAD EFB <br><br> **[~~PROPOSED~~] ORDER** |

Good cause appearing, Defendants' motion to modify the discovery and dispositive motion deadline (ECF No. 42) is GRANTED. The deadline for Defendants to complete discovery is extended to July 10, 2024, and the deadline to file a dispositive motion is extended to August 21, 2024.  All other deadlines and requirements of the Court's discovery and scheduling order remain in place unless otherwise modified.

Dated: June 3, 2024

                                                  EDMUND F. BRENNAN
                                                  UNITED STATES MAGISTRATE JUDGE