UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE STEVEN MONTGOMERY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. MORENO, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-00127-DAD-EFB (PC)<br><br><br>ORDER |

Plaintiff filed a second motion for extension of time to file a response to the motion for summary judgment filed August 21, 2024. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 49) is granted; and

　　2. Plaintiff is granted thirty days from the date of this order in which to file a response to the motion for summary judgment.

Dated: November 7, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1