1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DWAYNE STEVEN MONTGOMERY,                    No.  2:22-cv-00127-DAD-EFB

12                  Plaintiff,

13         v.                                      ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS AND GRANTING IN
14    J. MORENO, et al.,                           PART AND DENYING IN PART
                                                   DEFENDANTS' MOTION FOR SUMMARY
15                  Defendants.                    JUDGMENT

16                                                 (Doc. Nos. 45, 53)

17

18

19         Plaintiff Dwayne Steven Montgomery is a state prisoner proceeding *pro se* and *in forma*

20    *pauperis* in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United

21    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22         On May 29, 2025, the assigned magistrate judge issued findings and recommendations

23    recommending that the motion for summary judgment filed by remaining defendants Kirkendall

24    and Wong (Doc. No. 45) be granted in part and denied in part.  (Doc. No. 53.)  Specifically, based

25    upon the evidence submitted by the parties on summary judgment, the assigned magistrate judge

26    concluded that plaintiff has not shown any genuine dispute as to whether defendant nurse

27    Kirkendall caused any material delay or denial of plaintiff's medical treatment by failing to

28    properly document plaintiff's injury or need for medical attention.  (*Id*. at 10.)  However, as to

                                                  1

1    defendant physician Wong, the assigned magistrate judge noted a number of disputed issues of

2    material fact and concluded that there are triable issues regarding whether defendant Wong's

3    course of treatment for plaintiff's injury and pain was medically inappropriate.  (*Id*. at 13–15.)

4            Those findings and recommendations were served on the parties and contained notice that

5    any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 17–18.)  No

6    objections have been filed, and the time in which to do so has now passed.

7            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the

8    court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

9    court concludes that the findings and recommendations are supported by the record and proper

10   analysis.

11           Accordingly:

12       1.    The findings and recommendations issued on May 29, 2025 (Doc. No. 53) are

13             ADOPTED in full;

14       2.    Defendants' motion for summary judgment in their favor (Doc. No. 45) is

15             GRANTED as to plaintiff's claim brought against defendant Kirkendall and

16             DENIED as to plaintiff's claim brought against defendant Wong;

17       3.    This action now proceeds only on plaintiff's deliberate indifference claim as

18             brought against defendant Wong;

19       4.    The Clerk of the Court is directed to UPDATE the docket to reflect that defendant

20             Kirkendall is TERMINATED as a defendant; and

21       5.    This action is referred back to the assigned magistrate judge for further

22             proceedings including the issuance of a Final Pretrial Order.

23           IT IS SO ORDERED.

24   Dated:   **July 14, 2025**                    _____
                                                          DALE A. DROZD
25                                                  UNITED STATES DISTRICT JUDGE

26

27

28

2